| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>William H. Oliver, Jr., Esq.<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ  07753 | **Order Filed on July 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>RODOLFO MEJIA and IDANIA MEJIA<br><br>                           Debtors | Case No.:  14-25641<br><br>Judge:  MBK<br><br>Chapter:  13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF  Star Realty (Listing & Selling Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 26, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Rodolfo & Idania Mejia

Case No.:     14-25641

Applicant:     Rodolfo & Idania Mejia

(check all that apply)  ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11    ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:     Star Realty

Address of Professional:     155 River Road

N. Arlington, NJ 07031

☐ Attorney for (check all that apply):
- ☐ Trustee  ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee  ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☒ Other Professional:
- ☒ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Rodolfo Mejia  
Idania Mejia  
    Debtors

Case No. 14-25641-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db/jdb          +Rodolfo Mejia,    Idania Mejia,    15 Varga Drive,    Carteret, NJ 07008-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Alexandra T. Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
         Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com  
         Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates Series 2006-19CB bkecf@milsteadlaw.com,    alubin@milsteadlaw.com  
         Celine P. Derkrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) njecfmail@mwc-law.com  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com  
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH bankruptcy@feinsuch.com  
         William H. Oliver, Jr.    on behalf of Debtor Rodolfo    Mejia bkwoliver@aol.com, R59915@notify.bestcase.com  
         William H. Oliver, Jr.    on behalf of Joint Debtor Idania    Mejia bkwoliver@aol.com, R59915@notify.bestcase.com  
         William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association ecf@powerskirn.com  
                                                                       TOTAL: 13