UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on August 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodolfo Mejia and Idania Mejia

Case No.: 14-25641

Hearing Date: 8-14-18 @ 9am

Chapter: 13

Judge: Michael B. Kaplan

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:   ☐ Followed   ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: August 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 220 Old Bergen Road, Jersey City, NJ 07305 _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Star Realty (Listing & Selling Broker) / William H. Oliver, Jr. |
| Amount to be paid: | 6% of Sale Price      /Amount as will appear in HUD |
| Services rendered: | Real Estate Listing & Selling Broker /Attorney for Seller |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____-0-_____ claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:

```
10. The sale of the property shall be completed within one hundred twenty
days (120) of the entry of this Order.

11. JPMorgan Chase Bank, National Association is to be paid in full
pursuant to an updated payoff to be ordered before the close of escrow.

12. JPMorgan Chase Bank, National Association shall receive funds within
forty-eight (48) hours of closing.
```

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Rodolfo Mejia  
Idania Mejia  
    Debtors

Case No. 14-25641-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 24, 2018  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.  
db/jdb      +Rodolfo Mejia,    Idania Mejia,    15 Varga Drive,    Carteret, NJ 07008-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:

     Albert Russo    docs@russotrustee.com  
     Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
     Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
     Alexandra T. Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com  
     Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates Series 2006-19CB bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
     Celine P. Derkrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) njecfmail@mwc-law.com  
     Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. NJ_ECF_Notices@McCalla.com  
     R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com  
     R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH bankruptcy@feinsuch.com  
     William H. Oliver, Jr.    on behalf of Debtor Rodolfo Mejia bkwoliver@aol.com, R59915@notify.bestcase.com  
     William H. Oliver, Jr.    on behalf of Joint Debtor Idania Mejia bkwoliver@aol.com, R59915@notify.bestcase.com  
     William M.E. Powers    on behalf of Creditor    JPMorgan Chase Bank, National Association ecf@powerskirn.com  
     William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association ecf@powerskirn.com

     TOTAL: 15