# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−25641−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rodolfo Mejia
  aka Idania Rodriguez
  15 Varga Drive
  Carteret, NJ 07008

  Idania Mejia
  15 Varga Drive
  Carteret, NJ 07008

Social Security No.:
  xxx−xx−0645                          xxx−xx−0037

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      11/13/18
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
Fees:

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 27, 2018
JAN:

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-25641-MBK
Rodolfo Mejia
Idania Mejia                                                    Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Sep 27, 2018
                              Form ID: 137             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
```
db/jdb         +Rodolfo Mejia,   Idania Mejia,   15 Varga Drive,   Carteret, NJ 07008-1756
r              +Star Realty,   155 River Road,   N. Arlington, NJ 07031-5900
r              +West Hoboken Realty,   1708 Palisades Avenue, Suite 1,   Union City, NJ 07087-7410
515200155      +Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412
514955825      +Bk Of Amer,   PO Box 15222,   Wilmington, DE 19886-5222
514955828      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514955827      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
514955826      +Chase,   PO Box 78420,   Phoenix, AZ 85062-8420
515176673      +Chase Records Center,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
517609080      +City of Trenton - Tax Collector,   39 East State Street,   Trenton, New Jersey 08608-1707
514955832      +HRRG,   Po Box 459080,   Fort Lauderdale, FL 33345-9080
515200152      +JPMORGAN CHASE BANK, N.A.,   CHASE RECORDS CENTER,   ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,   700 KANSAS LANE,   MONROE, LA 71203-4774
514955833      +Jersey City Fire Department,   Fire Prevention Division,   465 Marin Blvd.,
                 Jersey City, NJ 07302-2111
514955834      +Kia Motors Finance,   Po Box 20815,   Fountain Valley, CA 92728-0815
514955835      +Lago Visa Vacation Resort,   180 Royal Palm Drive,   Kissimmee, FL 34743-4075
514955836      +Lando Resort Corporation,   PO Box 29352,   Phoenix, AZ 85038-9352
514955837       Lehigh Valley Physician Group,   PO Box 1754,   Allentown, PA 18105-1754
514955838      +Lincoln Family Dental,   125 Lincoln Ave,   Carteret, NJ 07008-2738
514955840      +Municipal Court of Jersey City,   365 Summit Avenue,   Jersey City, NJ 07306-3112
514977199      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514955844       PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
514955841      +Pnc Bank,   PO Box 747066,   Pittsburgh, PA 15274-7066
514955842      +Powers Kirn,   728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
514955843      +Prime Therapeutics,   PO Box 650041,   Dallas, TX 75265-0041
514955845      +RMB, Inc.,   Attn: Payment processing,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
514955846      +Rock Rodge HOA,   PO Box 1127,   Easley, SC 29641-1127
514955848       State of New Jersey,   Motor Vehicle Violations Surcharge Syste,   P. O. Box 4850,
                 Trenton, NJ 08650-4850
514955849      +Township of Jersey City,   Municipal Utility Authority,   280 Grove Street,
                 Jersey City, NJ 07302-3610
515073081      +WELLS FARGO BANK, N.A.,   MAC: X2505-036,   PO BOX 10438,   DES MOINES, IA 50306-0438
515195028      +Wells Fargo Bank,   PO Box 63491 MAC A0143-042,   San Francisco, CA 94163-0001
515205438      +Wells Fargo Bank,   PO Box 5058 MAC P6053-021,   Portland, OR 97208-5058
514955851      +Wells Fargo Bank Nv Na,   Po Box 94435,   Albuquerque, NM 87199-4435
514955852      +Wells Fargo PL & L Laon Payment,   Po Box 660007,   Dallas, TX 75266-0007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516567960      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2018 00:04:58
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
516567959      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2018 00:04:58
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514964270      +E-mail/Text: bankruptcy@cavps.com Sep 28 2018 00:04:52     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
514955829      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:07:10     GE Capital Retail Bank,
                 PO Box 965033,   Orlando, FL 32896-5033
514955830       E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:08:32     GE Capital Retail Bank,
                 Po Box 965004,   Orlando, FL 32896-5004
514955831      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:07:50     Gecrb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
514955839       E-mail/Text: ebn@ltdfin.com Sep 28 2018 00:04:08     LTD Financial Service,
                 7322 Southwest Freewa, Ste. 1600,   Houston, TX 77074
514955847      +E-mail/PDF: pa_dc_claims@navient.com Sep 28 2018 00:07:23     Sallie Mae,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
515069733       E-mail/Text: ebn_bkrt_forms@salliemae.com Sep 28 2018 00:05:05     Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
514955850      +E-mail/Text: bnc@alltran.com Sep 28 2018 00:03:44     United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 12
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2018
                               Form ID: 137             Total Noticed: 45

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crd             Bank of New York Mellon, f/k/a The Bank of New Yor
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2006-19CB) NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as
           trustee, on behalf of the holders of the Alternative Loan Trust 2006-19CB, Mortgage Pass-Through
           Certificates Series 2006-19CB bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Celine P. Derkrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2006-19CB) njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-19CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. NJ_ECF_Notices@McCalla.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
           YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC.,
           ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
          William H. Oliver, Jr.   on behalf of Debtor Rodolfo  Mejia bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Joint Debtor Idania  Mejia bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William M.E. Powers    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecf@powerskirn.com
                                                                                          TOTAL: 15
```