UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RODOLFO MEJIA and IDANIA MEJIA,

               Debtors

Case No.:    14-25641

Chapter:    13

Hearing Date:    11/13/18 @ 2:00 pm

Judge:    Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 15, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____2,500_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____2,500_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Rodolfo Mejia
Idania Mejia
    Debtors

Case No. 14-25641-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 15, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db/jdb      +Rodolfo Mejia,   Idania Mejia,   15 Varga Drive,   Carteret, NJ 07008-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Alexandra T. Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2006-19CB) NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
           Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
           Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York, as
           trustee, on behalf of the holders of the Alternative Loan Trust 2006-19CB, Mortgage Pass-Through
           Certificates Series 2006-19CB bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
           Celine P. Derkrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2006-19CB) njecfmail@mwc-law.com
           Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-19CB) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. NJ_ECF_Notices@McCalla.com
           R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
           R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
           YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC.,
           ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH bankruptcy@feinsuch.com
           William H. Oliver, Jr.    on behalf of Debtor Rodolfo   Mejia bkwoliver@aol.com,
           R59915@notify.bestcase.com
           William H. Oliver, Jr.    on behalf of Joint Debtor Idania   Mejia bkwoliver@aol.com,
           R59915@notify.bestcase.com
           William M.E. Powers     on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecf@powerskirn.com
                                                                                 TOTAL: 15