UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Rodolfo and Idania Mejia
                Debtors

Case No.: 14-25641

Adv. No:

Hearing Date: 01/08/2019

Chapter: 13

Judge: Michael B. Kaplan

# OBJECTION TO MOTION TO EXTEND TIME TO FILE A RESPONSE TO NOTICE OF FINAL CURE

We, Rodolfo and Idania Mejia the Debtors in the above-captioned matter, by way of Objection to the Motion to Extend Time, hereby certifies and says:

1. We are the Debtors in the above referenced matter.
2. Through the Chapter 13 plan, we requested to cure the mortgage arrears to secured creditor. A proof of claim was filed showing the arrears to be $10,278.13. A review of the trustee's claim summary shows that secured creditor has been paid in full per the filed claim.
3. Attorney for Secured Creditor, JPMorgan Chase has filed this motion which we believe there is no purpose and request the motion be withdrawn as the case is in the process of being completed/closed.

We certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Dated: December 19, 2018                  /s/ *Rodolfo Mejia*
                                                    Rodolfo Mejia

Dated: December 19, 2018                  /s/ *Idania Mejia*
                                                    Idania Mejia