Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–25641–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodolfo Mejia
aka Idania Rodriguez
15 Varga Drive
Carteret, NJ 07008

Idania Mejia
15 Varga Drive
Carteret, NJ 07008

Social Security No.:
xxx–xx–0645

xxx–xx–0037

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2019</u>

<u>Michael B. Kaplan</u>
Judge, United States Bankruptcy Court