| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Rodolfo Mejia | Social Security number or ITIN   xxx–xx–0645 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Idania Mejia | Social Security number or ITIN   xxx–xx–0037 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   14–25641–MBK | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rodolfo Mejia
aka Idania Rodriguez

Idania Mejia

1/31/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-25641-MBK
Rodolfo Mejia                                                           Chapter 13
Idania Mejia
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: 3180W           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db/jdb         +Rodolfo Mejia,    Idania Mejia,   15 Varga Drive,    Carteret, NJ 07008-1756
aty            +Nicholas V. Rogers,    Fein, Such, Kahn & Shepard PC,   7 Centry Drive, Ste., 201,
                 Parsippany, NJ 07054-4673
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
r              +Star Realty,    155 River Road,   N. Arlington, NJ 07031-5900
r              +West Hoboken Realty,    1708 Palisades Avenue, Suite 1,   Union City, NJ 07087-7410
515200155      +Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412
514955827      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
514955826      +Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
515176673      +Chase Records Center,    Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
517609080      +City of Trenton - Tax Collector,    39 East State Street,   Trenton, New Jersey 08608-1707
514955832      +HRRG,   Po Box 459080,    Fort Lauderdale, FL 33345-9080
515200152      +JPMORGAN CHASE BANK, N.A.,    CHASE RECORDS CENTER,   ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,   700 KANSAS LANE,   MONROE, LA 71203-4774
514955833      +Jersey City Fire Department,    Fire Prevention Division,   465 Marin Blvd.,
                 Jersey City, NJ 07302-2111
514955834      +Kia Motors Finance,   Po Box 20815,    Fountain Valley, CA 92728-0815
514955835      +Lago Visa Vacation Resort,    180 Royal Palm Drive,   Kissimmee, FL 34743-4075
514955836      +Lando Resort Corporation,    PO Box 29352,   Phoenix, AZ 85038-9352
514955837       Lehigh Valley Physician Group,    PO Box 1754,   Allentown, PA 18105-1754
514955838      +Lincoln Family Dental,    125 Lincoln Ave,   Carteret, NJ 07008-2738
514955840      +Municipal Court of Jersey City,    365 Summit Avenue,   Jersey City, NJ 07306-3112
514977199      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514955844       PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
514955841      +Pnc Bank,   PO Box 747066,    Pittsburgh, PA 15274-7066
514955842      +Powers Kirn,    728 Marne Highway,   Suite 200,   Moorestown, NJ 08057-3128
514955843     #+Prime Therapeutics,    PO Box 650041,   Dallas, TX 75265-0041
514955845      +RMB, Inc.,    Attn: Payment processing,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
514955846     #+Rock Rodge HOA,    PO Box 1127,   Easley, SC 29641-1127
514955848       State of New Jersey,    Motor Vehicle Violations Surcharge Syste,   P. O. Box 4850,
                 Trenton, NJ 08650-4850
514955849      +Township of Jersey City,    Municipal Utility Authority,   280 Grove Street,
                 Jersey City, NJ 07302-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:06      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516567960      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 01 2019 00:09:30
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
516567959      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 01 2019 00:09:30
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514955825      +EDI: BANKAMER.COM Feb 01 2019 04:28:00      Bk Of Amer,   PO Box 15222,
                 Wilmington, DE 19886-5222
514964270      +E-mail/Text: bankruptcy@cavps.com Feb 01 2019 00:09:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
514955828      +EDI: CHASE.COM Feb 01 2019 04:28:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514955829      +EDI: RMSC.COM Feb 01 2019 04:28:00      GE Capital Retail Bank,   PO Box 965033,
                 Orlando, FL 32896-5033
514955830       EDI: RMSC.COM Feb 01 2019 04:28:00      GE Capital Retail Bank,   Po Box 965004,
                 Orlando, FL 32896-5004
514955831      +EDI: RMSC.COM Feb 01 2019 04:28:00      Gecrb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
514955839       EDI: LTDFINANCIAL.COM Feb 01 2019 04:28:00      LTD Financial Service,
                 7322 Southwest Freewa, Ste. 1600,    Houston, TX 77074
514955847      +EDI: NAVIENTFKASMSERV.COM Feb 01 2019 04:28:00      Sallie Mae,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
515069733       EDI: SALLIEMAEBANK.COM Feb 01 2019 04:28:00      Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
514955850      +EDI: URSI.COM Feb 01 2019 04:28:00      United Recovery Systems,   PO Box 722929,
                 Houston, TX 77272-2929
515073081      +EDI: WFFC.COM Feb 01 2019 04:28:00      WELLS FARGO BANK, N.A.,   MAC: X2505-036,   PO BOX 10438,
                 DES MOINES, IA 50306-0438
515195028      +EDI: WFFC.COM Feb 01 2019 04:28:00      Wells Fargo Bank,   PO Box 63491 MAC A0143-042,
                 San Francisco, CA 94163-0001
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 31, 2019
                              Form ID: 3180W           Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515205438      +EDI: WFFC.COM Feb 01 2019 04:28:00      Wells Fargo Bank,    PO Box 5058 MAC P6053-021,
                Portland, OR 97208-5058
514955851      +EDI: WFFC.COM Feb 01 2019 04:28:00      Wells Fargo Bank Nv Na,    Po Box 94435,
                Albuquerque, NM 87199-4435
514955852      +EDI: WFFC.COM Feb 01 2019 04:28:00      Wells Fargo PL & L Laon Payment,    Po Box 660007,
                Dallas, TX 75266-0007
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crd              Bank of New York Mellon, f/k/a The Bank of New Yor
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2006-19CB) NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor     Bank of New York Mellon, f/k/a The Bank of New York, as
               trustee, on behalf of the holders of the Alternative Loan Trust 2006-19CB, Mortgage Pass-Through
               Certificates Series 2006-19CB bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Celine P. Derkrikorian    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2006-19CB) njecfmail@mwc-law.com
              Craig Scott Keiser    on behalf of Creditor     JPMORGAN CHASE BANK, N.A.
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-19CB) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. NJ_ECF_Notices@McCalla.com
              Nicholas V. Rogers    on behalf of Creditor     JPMorgan Chase Bank, National Association
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor     BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2006-19CB, MORTGAGE PASS-THROUGH bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Idania    Mejia bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Rodolfo    Mejia bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor     JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor     JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
                                                                                              TOTAL: 18
```